ACCEPTED
01-15-00233-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 2:03:23 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00233-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/9/2015 2:03:23 PM

CHRISTOPHER A. PRINE
Clerk

_____

**EL AHORRO PROPERTIES, LLC, ADVENTURE SUPERMARKETS, LLC
and ROSARA INVESTMENTS, LLC**
*Appellants*

**vs.**

**AYDA MARTINEZ**
*Appellee*

_____

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANTS**

_____

**EGGLESTON & BRISCOE, LLP**
David W. Smith
Texas State Bar No. 24027868
dws@egglestonbriscoe.com
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
(713) 659-5100—Telephone
(713) 951-9920—Facsimile

*Attorneys for Appellants*

1

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants, El Ahorro Properties, LLC, Adventure Supermarkets, LLC and Rosara Investments, LLC, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), file their Unopposed Motion for Extension of Time to File Brief of Appellants.

Appellants' Brief is currently due on April 20, 2015. Appellants seek a twenty-one (21) day extension to file their brief. If granted, Appellant's Brief would be due on May 11, 2015.

This is Appellants' first request for an extension of time to file their brief. Appellee does not oppose this motion.

Appellants need an extension of time to file their brief because the parties are attempting to resolve the arbitration issue. Appellee recently had surgery. As a result, counsel for Appellee has not had the opportunity to consult with her regarding whether to consent to arbitration in order to avoid the time and expense associated with this appeal. Further, counsel for Appellant has an out of town deposition that will take him out of the office on April 15th-16th and family commitments April 17th-19th. As a result, Appellants cannot delay filing this extension until the parties determine whether an agreement can be reached.

## PRAYER

For these reasons, Appellants El Ahorro Properties, LLC, Adventure Supermarkets, LLC and Rosara Investments, LLC pray that this Court grant a twenty-one (21) day extension of time to file their Brief. Appellants also pray for such further relief to which they may be entitled.

Respectfully submitted,

**EGGLESTON & BRISCOE, LLP**
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
713.659.5100 – Telephone
713.951.9920 – Fax

By: /s/ David W. Smith
David W. Smith
State Bar No. 24027868
dws@egglestonbriscoe.com

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Rick Molina, counsel for Appellee, and Appellee does not oppose the relief sought in this motion.

　　　／s／ David W. Smith
David W. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic notification and/or facsimile on this the 9th day of April 2015:

Rick Molina
Molina Law Firm
11550 Fuqua, Suite 580
Houston, Texas 77034

__/s/ David W. Smith_____
David W. Smith